No. 02–10819.  ZINN v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 02–10820.  TONDRE v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 02–10824.  HARRIS v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 02–10826.  SHERRILL v. OKLAHOMA.  Ct. Crim. App. Okla.  Certiorari denied.

No. 02–10829.  GAINES v. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION.  C. A. 9th Cir.  Certiorari denied.

No. 02–10830.  HORTON v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 02–10832.  BEARD v. NEVADA.  Sup. Ct. Nev.  Certiorari denied.

No. 02–10833.  ROLES v. TOWNSEND.  Ct. App. Idaho.  Certiorari denied.

No. 02–10834.  YOCKEL v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 02–10837.  WORLEY v. NORTH CAROLINA.  Ct. App. N. C.  Certiorari denied.

No. 02–10839.  ALLEY v. BELL, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 02–10840.  ELLIS v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 02–10842.  CANTY v. FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 02–10844.  THIELE v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 02–10846.  THOMASON v. MYERS, WARDEN.  Ct. Crim. App. Tenn.  Certiorari denied.